UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JAMES HENRY MAYES,                                    CIVIL NO. 05-1584 (PAM/JSM)

    Petitioner,

v.                                                                                    ORDER

FEDERAL BUREAU OF PRISONS,
FEDERAL PRISON CAMP, DULUTH
MEDICAL DIRECTOR PRISON WARDEN
DULUTH FEDERAL PRISON CAMP
WARDEN CARAWAY,

    Respondents.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 5, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED:

1.    Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, (Docket No. 1), is DENIED;

2.    Petitioner's application to proceed in forma pauperis, (Docket No. 2), is DENIED AS MOOT; and

3.    This action is summarily DISMISSED WITH PREJUDICE.

Dated: August 29, 2005

                                          s/ Paul A. Magnuson
                                          PAUL A. MAGNUSON

United States District Court Judge